People v. Shear.

---

## THE PEOPLE v. SHEAR.

The Supreme Court has no jurisdiction in a criminal case not amounting to a felony, whether on writ of error or on appeal.

On Writ of Error to the Court of Sessions of Calaveras County.

The defendant was convicted of a misdemeanor, under the act of April 17, 1855, entitled an act to suppress gaming.

*C. E. Mount* for Petitioner.

*W. T. Wallace, Attorney-General,* Contra.

MURRAY, C. J., delivered the opinion of the Court—BURNETT, J., concurring.

This is an appeal from the judgment of the Court of Sessions, imposing a fine of one hundred dollars on the defendant for a violation of the " act to prevent gaming." As the offence is not a felony, we have no jurisdiction. See the People *v.* Applegate, 5 Cal. R.

It is of no consequence that the case is brought here by writ of error. This Court has no authority to issue any writ or process, except in aid of its appellate jurisdiction, and having no appellate jurisdiction in criminal cases of a lesser grade than felony, it follows that the writ was improvidently issued, and it must therefore be dismissed.

Ordered accordingly.